

# NUMBER 13-12-00753-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

CHARLIE O. BURNETT, III,                                                      Appellant,

v.

THE BANK OF NEW YORK
MELLON, FKA THE BANK OF
NEW YORK, AS TRUSTEE FOR
THE CERTIFICATE HOLDERS OF
THE CWAFS, INC. ASSET-BACKED
CERTIFICATES SERIES 2006-18,                                          Appellee.

---

### On appeal from the 214th District Court
### of Nueces County, Texas.

---

# ORDER

### Before Justices Rodriguez, Garza and Perkes
### Order Per Curiam

This cause is before the Court on "Appellant's Unopposed Third Motion to Enlarge

Time Within Which to Timely File Appellant's Reply Brief on Appeal." By this motion, appellant seeks an additional twenty-one days to file his reply brief.

The Court, having fully examined and considered appellant's third motion to enlarge time within which to file his reply brief, is of the opinion that appellant's motion should be granted in part and denied in part by order. The motion is granted insofar as appellant's deadline to file his reply brief is extended an additional ten days, until October 4, 2013, and denied as to all other relief requested. Further motions for extension of time will not be favorably entertained. The Court looks with disfavor on the delay occasioned by the failure to timely file the reply brief.

The Clerk of this Court is ORDERED to serve a copy of this order on appellant by certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
24th day of September, 2013.